■ In the Matter of ROBERT REVETTE.—Order unanimously affirmed, without costs upon the memorandum decision of Onondaga County Family Court, McLaughlin, J. (Appeal from order of Onondaga Family Court—custody.) Present—Moule, J. P., Cardamone, Dillon, Hancock, Jr., and Witmer, JJ. [— Misc 2d —.]